UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                               Case No.  11-20129

-vs-                                 Hon. Robert H. Cleland

D-20, TONY WAYNE KITCHENS, et al.

      Defendants.
_____/

## DEFENDANT TONY WAYNE KITCHENS' RESPONSE
## TO GOVERNMENT'S EXCLUDABLE DELAY MOTION

NOW COMES Defendant Tony Wayne Kitchens, by and though his counsel, Thomas W. Jakuc, and in response to the Government's Motion to declare the time between April 16, 2013 and June 20, 2013, to be excludable delay under T. 18 USC §3161(h)(7)(B)(ii)(Dkt No. 570), concurs that the time should be considered excludable as set forth in said motion.

                                             Respectfully submitted,

                                             THOMAS LEGAL CENTERS, P.C.

                                             BY: s/Thomas W. Jakuc
                                                  28800 Van Dyke Ave., Ste. 102
                                                  Warren,  MI  48093
                                                  586-573-2694
                                                  Thomasjakuc@sbcglobal.net
                                                  P15426

DATED:  April 18, 2013

*******************************************************************************

## **CERTIFICATE OF MAILING**

    I certified that a copy of Defendant Tony Wayne Kitchens' Response to Government's Excludable Delay Motion, and this Certificate of Mailing was mailed to all attorneys of record on this date of April 18, 2013 by electronic and/or ordinary mail.

Date: April 18, 2013                         s/Joyce J. Crechiolo
                                                              Secretary to Thomas W. Jakuc
                                                              (586) 573-2694