UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                       Case No. 11-20129

-vs-                                  Hon. Robert H. Cleland

D-20, TONY WAYNE KITCHENS, et al.

    Defendants.
_____/

## ORDER GRANTING MOTION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE REGARDING TRAVEL TO ALLOW DEFENDANT TONY WAYNE KITCHENS TO TRAVEL TO AKRON, OHIO

This matter having come before the Court, and the Court being fully apprised of the request of the parties in this matter;

**IT IS HEREBY ORDERED** that Defendant Tony Wayne Kitchens' Motion to Modify Order Setting Conditions of Release Regarding Travel to Allow him to Travel to Akron, Ohio this Court is hereby granted.

**IT IS ALSO ORDERED** that this Court modify previously entered Order Setting Conditions of Release as to Tony Wayne Kitchens to allow him to travel to Akron, Ohio as aforestated and to return to his residence in Albertville, Alabama.

                                                                   s/Robert H. Cleland
                                                                   **Hon. Robert H. Cleland**

Dated: March 5, 2014