# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

vs.                                      Case No. 11-20129

TONY KITCHENS,

          Defendant.

_____/

## ORDER CANCELLING TELEPHONE CONFERENCE

Pretrial Services Officer Thomas Nugent today provided a report from the Northern District of Alabama, per Pretrial Services Officer Mark Stuart, informing the court of the following:

> *I conducted a home inspection at Kitchens' residence on 04/09/2015 and thought I had notified you.*
>
> *Kitchens was home alone and in his wheel chair. He looked pretty good but stated he still has a hard time getting around. He reports that he still can not use his artificial leg comfortably. He advised that he has an upcoming appointment with a heart specialist due to a blockage. He was instructed to provide me with paperwork from the doctor.*
>
> *He also reported that he recently met with his psychiatrist and that meeting went well. He is not scheduled to return to her until June unless a need arises.*
>
> *There has not been any recent developments in the pending case in State Court.*

Assuming that the defendant's medical condition is as described by the

Alabama Pretrial Services Officer, the court does not perceive a need to further consider defendant's bond status at this time. No need for a status conference is apparent at this time.

If the parties have business, bond status or other, to discuss with the court, they should briefly advise the court's case manager, and file a written status report.

**IT IS ORDERED** that the April 16, 2015 status conference is CANCELLED.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: April 14, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date April 14, 2015 by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522