UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

       Plaintiff,

                           Case No. 11-cr-20129

v.

                           Hon. Robert H. Cleland

D-20 TONY WAYNE KITCHENS

       Defendant.

---

## ORDER COMMITTING DEFENDANT TO THE CUSTODY OF THE ATTORNEY GENERAL

---

On 1/5/2016, Defendant, along with his counsel and counsel for the government appeared (telephonically) for a competency hearing. All parties acknowledged receipt of a report and determination prepared by Glen D. King, J.D., Ph.D., ABPP, Certified Forensic Examiner.  No objections to the finding that Defendant was not presently competent to stand trial were made. The Court thereby concluding that Defendant's mental incompetence to stand trial had been established by a preponderance of the evidence, pursuant to 18 U.S.C. §4241(d). Accordingly,

IT IS HEREBY ORDERED, pursuant to  18 U.S.C. §4241(d), that Defendant be committed to the custody of the Attorney General for hospitalization, for a

period not to exceed four (4) months, to determine whether there is a substantial

probability that Defendant will in the foreseeable future become competent to

stand trial;

IT IS FURTHER ORDERED that Defendant will remain on bond until such

time as the Bureau of Prisons designates a facility for placement. Defendant will

then be permitted to self-surrender to the designated facility.

**IT IS SO ORDERED.**

s/Robert H. Cleland
Robert H. Cleland
United States District Judge

Entered: February 8, 2016