UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Case No. 11-20129

D-20 TONY WAYNE KITCHENS,

    Defendant.
_____/

**ORDER FOR RELEASE OF DEFENDANT TONY KITCHENS**

On February 8, 2016, the court ordered Defendant Tony Kitchens committed to the custody of the Attorney General for a competency examination. The examination has been completed and the court has set a bond hearing for September 27, 2016. The court has also ordered that Defendant Kitchens arrange for his own transportation and self report for the hearing. (*See* 9/15/2016 Minute Dkt. Entry.) Accordingly,

IT IS ORDERED that the Federal Medical Center shall release Tony Kitchens on or before September 19, 2016. All conditions of his bond remain in effect until he has appeared for the hearing on September 27, 2016.

                                            S/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: September 16, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 16, 2016, by electronic and/or ordinary mail.

                                            S/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522